In the Matter of GEORGE R. SLOANE, Respondent, v. A. JOHN WILLIS, as Personnel Officer of Suffolk County Civil Service Department, et al., Appellants.— Judgment of the Supreme Court, Suffolk County, dated June 5, 1972, affirmed, with $10 costs and disbursements (*Matter of Sullivan* v. *Hoberman*, 34 A D 2d 6, affd. 28 N Y 2d 667). Hopkins, Acting P. J., Munder, Gulotta, Brennan and Benjamin, JJ., concur.

TOBIAS JUNGREIS, Appellant, v. CLARENCE WICKHAM, JR., et al., Respondents.— In an action by a vendee for specific performance of a contract to sell real property, plaintiff appeals from an order of the Supreme Court, Ulster County, dated October 6, 1972 and entered in Orange County on October 18, 1972, which granted defendants' motion to cancel a notice of pendency filed January 4, 1972. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. The defendant owners of the subject real property are husband and wife. Service of the summons and complaint on the defendant wife alone was sufficient to prevent cancellation of the notice of pendency (*Baer* v. *Schwartz*, 14 A D 2d 539; 13 Carmody-Wait, 2d, N. Y. Practice, § 87:44). Hopkins, Acting P. J., Munder, Gulotta, Brennan and Benjamin, JJ., concur.